IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAGNOLIA COOPER,

    Plaintiff,

v.

OFFICE OF THE SECRETARY (CDA),

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-811-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack of subject matter jurisdiction.

| /s/ | 10/19/2017 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |